1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V FARNSWORTH,

Petitioner,

v.

DONALD HOLBROOK,

Respondent.

CASE NO. 3:17-CV-05132-BHS-DWC

ORDER

The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner Charles V. Farnsworth filed a federal habeas Petition, pursuant to 28 U.S.C. § 2254, seeking relief from a state court conviction. On December 21, 2017, Petitioner filed a "Motion for Stay and Abey," requesting the Court stay this case while Petitioner exhausts his state court remedies. Dkt. 23.

On May 5, 2017, the Court stayed this case pending resolution of Petitioner's underlying state case. Dkt. 15. At this time, this case is stayed. Therefore, Petitioner's Motion is denied as moot.

1         Respondent is directed continue providing the Court with 90 day status reports as

2    directed in the May 5, 2017 Order. *See* Dkt. 15. Respondent's next status report is due on or

3    before January 30, 2018.

4         Dated this 5th day of January, 2018.

5

6                       David W. Christel

7                       United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24