1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10    CHARLES V FARNSWORTH,

11                    Petitioner,

12          v.

13    DONALD HOLBROOK,

14                    Respondent.

CASE NO. 3:17-CV-05132-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: March 30, 2018

15          The District Court referred this action, filed pursuant to 28 U.S.C. § 2254, to United

16    States Magistrate Judge David W. Christel. Presently before the Court is Petitioner Charles V.

17    Farnsworth's "Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. Rule 41(a)(1)"

18    ("Motion"), wherein Petitioner requests this case be dismissed. Dkt. 28. After review of the

19    record, the undersigned recommends this case be dismissed without prejudice pursuant to Rule

20    41(a)(1) of the Federal Rules of Civil Procedure.

21                                    **BACKGROUND**

22          On February 16, 2017, Plaintiff initiated this lawsuit. Dkt. 1. The Court directed service

23    of the Petition on March 7, 2017. Dkt. 11. On March 20, 2017, counsel for Respondent Donald

24

Holbrook entered an appearance. Dkt. 13. Respondent filed a motion requesting the case be stayed, which was granted on May 5, 2017. Dkt. 14, 15.

On March 6, 2018, the Court lifted the stay and directed Respondent to file an answer on or before April 6, 2018. Dkt. 27. Petitioner filed the Motion on March 12, 2018. Dkt. 28. An answer has not been filed in this case.

## DISCUSSION

Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action may be dismissed. Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by the plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or summary judgment motion and the plaintiff has not previously dismissed an action "based on or including the same claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Once the defendant has responded to the complaint, the action may only be dismissed by stipulation of dismissal signed by all parties who have appeared or "by court order, on terms that the court considers proper." Fed.R.Civ.P. 41(a)(1), (2).

As an answer has not been filed in this case, Petitioner requested the dismissal prior to Respondent filing an answer or summary judgment motion. The Court also finds Petitioner has not previously dismissed an action based on the same claim. Therefore, Petitioner's Motion (Dkt. 28) should be granted pursuant to Rule 41(a)(1).

## CONCLUSION

For the foregoing reasons, the Court recommends the Petition be dismissed without prejudice and this case be closed.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

1    6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*

2    review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

3    imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

4    March 30, 2018, as noted in the caption.

5           Dated this 14th day of March, 2018.

7                                                     David W. Christel

8                                                     United States Magistrate Judge