UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>                Petitioner,<br><br>    v.<br><br>DONALD HOLBROOK,<br><br>                Respondent. | CASE NO. C17-5132 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition is **DISMISSED without prejudice**; and

(3)    This case is closed.

Dated this 2nd day of April, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER